Young *v.* New York Auto Carrier Company et al., Appellants.

Argued January 5, 1950. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

356

*Hugh J. McMenamin,* with him *O'Malley, Harris, Harris & Warren,* for appellants.

*Z. R. Bialkowski,* with him *Bialkowski, Bialkowski & Bialkowski,* for appellee.

OPINION PER CURIAM, March 20, 1950:

The judgment of the lower court is affirmed on the opinion of President Judge HOBAN.